William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 265*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANE DOE LS 265, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 3:23-cv-05377 <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF JANE DOE LS 265'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY** |

THE MATTER BEING PROPERLY SUBMITTED, the Court having considered Plaintiff Jane Doe LS 265's Motion for Protective Order and Leave to Proceed Anonymously and Memorandum of Law in Support thereof, and finding good cause appearing therefore, HEREBY ORDERS Plaintiff's Motion to proceed anonymously is GRANTED and all filed materials, judgments, and any other documents relating to this action refer to Plaintiff solely as Jane Doe LS 265 without additional identifying information.

//

1

CASE NO. 3:23-CV-05377   [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY

1  **IT IS SO ORDERED.**

3  DATED:  November 21, 2023



            U.S. District Court Judge

2

CASE NO. 3:23-CV-05377     [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY